IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THIRUVALAM INDIRA, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-4050 |
| | : | |
| DENNIS R. GROFF, et al. | : | |

## ORDER

AND NOW, this 13th day of April, 2015, upon consideration of Defendants' Motion for Summary Judgment and Plaintiffs' response and for the reasons set forth in the accompanying Memorandum, the Defendants' motion (Document 63) is GRANTED in part and DENIED in part as follows:

- The motion is DENIED as to Plaintiffs' claims in Count One of the Revised Second Amended Complaint for events occurring after July 2, 2012.

- The motion is GRANTED as to all other claims, and these claims are DISMISSED.

A pretrial conference shall take place May 4, 2015, at 9:00 a.m. in Courtroom 11A and this case is listed for trial in the May 11th pool.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.